**Electronically Filed
Supreme Court
SCWC-21-0000489
13-FEB-2025
02:45 PM
Dkt. 7 ODAC**

SCWC-21-0000489

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

PUNOHU NALIMU KEKAUALUA, III,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000489; CASE NO. 5DCW-20-0000852)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner's Application for Writ of Certiorari, filed

on December 30, 2024, is hereby rejected.

DATED: Honolulu, Hawai'i, February 13, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

